SCOTT M. LOFTIN, as Receiver of FLORIDA EAST COAST
RAILWAY COMPANY, Appellant, v. WILLIAM R. KENAN,
JR., et al., as Trustees under the Will of MARY L.
BINGHAM, et al., Respondents, Impleaded with Others.

Argued November 29, 1937; decided January 4, 1938.

*John W. Davis, Allen Wardwell, Ralph M. Carson* and *Edward C. McLean* for appellant.

*Elihu Root, Jr., John M. Harlan, Vincent R. Smalley* and *Rupert Warren* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.